WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
09-76696 / 0196622419

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEVADA

| In Re: | 09-10664-lbr |
|---|---|
| Eric Swogger and Anita Christine Swogger | Motion No. Date: Time: |
| Debtors. | Chapter 13 |

### WITHDRAWAL OF MOTION FOR RELIEF FROM STAY

Notice is hereby given that the Motion for Relief from the Automatic Stay of Secured Creditor Wells Fargo Bank, N.A. filed on the 7th day of October, 2009 is hereby withdrawn.

DATED this ___ day of March, 2010.

WILDE & ASSOCIATES

By /s/ Gregory L. Wilde
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
09-76696 / 0196622419

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 09-10664-lbr |
| Eric Swogger and Anita Christine Swogger | Motion no. Date: Time: |
| Debtors. | Chapter 13 |

### CERTIFICATE OF MAILING OF WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY

1. On _3/25/2010_ I served the following documents(s):

   WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY

2. I served the above-named document(s) by the following means to the persons as listed below:

   X   a. ECF System

         Christopher Patrick Burke
         218 S. Maryland PKY
         Las Vegas, NV 89101

    Attorney for Debtors

    Rick A. Yarnall
    701 Bridger Avenue #820
    Las Vegas, NV 89101
    Trustee

X **b. United States mail, postage fully prepaid:**

    Eric Swogger and Anita Christine Swogger
    11876 Principi Ct.
    Las Vegas, NV 89183
    Debtors

    Wells Fargo Bank, N.A. successor by merger with Wells Fargo Home Mortgage, Inc.
    3476 Stateview Boulevard, MAC #X7801-014
    Fort Mill, SC 29715
    Movant

☐ **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

  I personally delivered the document(s) to the persons at these addresses:

  ☐ 1. For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

  N/A

  ☐ 2. For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.
  N/A

☐ **d. By direct mail (as opposed to through the ECF System)**

  *(List persons and email addresses. Attach additional paper if necessary)*

  Based upon the written assignment of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not

receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

 ☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

 Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

 ☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

 I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *( A declaration by the messenger must be attached to this Certificate of Service).*

 I declare under penalty of perjury that the foregoing is true and correct.

Signed on : ___3/25/10_____

_____
An employee of Wilde & Associates