**Entered on Docket
December 22, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No. 004093
218 S. Maryland Pkwy.
Las Vegas, NV 89101
(702) 385-7987
atty@cburke.lvcoxmail.com
Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re | CASE NO: BK-S-09-10664-LBR |
| ERIC SWOGGER, and ANITA SWOGGER, | CHAPTER 13 |
| Debtors, | DATE: N/A<br>TIME: N/A |

### ORDER DISMISSING CHAPTER 13 PROCEEDINGS

UPON the Ex-parte Application of Debtors, ERIC and ANITA SWOGGER, ("Debtors") to dismiss the above-captioned Chapter 13 proceeding, and it appearing that Debtors have an absolute right to dismiss this case voluntarily, it is hereby

ORDERED, ADJUDGED AND DECREED, that the proceeding filed by Debtors under Chapter 13 be, and the same is hereby dismissed and the Debtors may be served at the following address:

Eric & Anita Swogger
11876 Principi Ct.
Las Vegas, NV 89183

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that the Chapter 13 Trustee

be paid $ 0.00 for costs from the funds now being held by the Trustee.

**IT IS SO ORDERED.**

Submitted by:                                           Approved/Disapproved:

_____                               _____ 12-21-10
CHRISTOPHER P. BURKE, ESQ.                              RICK A. YARNALL
Nevada Bar No. 004093                                   Chapter 13 Trustee
218 S. Maryland Pkwy.                                   701 Bridger Ave., #820
Las Vegas, NV 89101                                     Las Vegas, NV 89101
(702) 385-7987                                          (702) 853-4500
Attorney for Debtors

###

CHRISTOPHER P. BURKE, ESQ.
218 S. Maryland Pkwy.
Las Vegas, NV 89101

Page 2 of 2

LR 9021(c):

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_  The court has waived the requirements set forth in LR 9021(b)(1).

\_\_\_  No party appeared at the hearing or filed an objection to the motion.

_X_  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

**APPROVED:**
Rick A. Yarnall
Chapter 13 Trustee
701 Bridger Ave., #820
Las Vegas, NV  89101
(702) 853-4500

\_\_\_  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

IT IS SO ORDERED.

Submitted by:

/S/CHRISTOPHER P. BURKE, ESQ.
CHRISTOPHER P. BURKE, ESQ.
Attorney for Debtor